O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-09366 AHM (AJWx) | Date | May 18, 2011 |
|---|---|---|---|
| Title | MICHAEL HUNTLEY v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court has taken under submission Defendants' motion for reconsideration of Magistrate Judge Wistrich's March 9, 2011 order denying Defendants' motion for protective order. In a declaration dated March 23, 2011, submitted with the motion for reconsideration, counsel for Defendants represented that "[a] reporter's transcript of the hearing will be obtained and filed as soon as possible." Declaration of Harold G. Becks at ¶ 4. The Court is still awaiting that transcript and will not rule on Defendants' motion until it has been filed.

:

Initials of Preparer    SMO