JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNTLEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al<br><br>Defendants. | CASE NO. CV 09-9366 AHM (AJWx)<br><br>**ORDER GRANTING JUDGMENT ON THE VERDICT IN FAVOR OF DEFENDANTS** |

    This action was tried before the Court sitting with a jury, the Honorable Howard Matz, District Judge, presiding; the issues were duly tried and the jury having duly rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Michael Huntley take nothing; that the action be dismissed on its merits as to all Defendants.

///

///

[PROPOSED] ORDER GRANTING JUDGMENT ON THE VERDICT FOR DEFENDANTS

1    **IT IS FURTHER ORDERED AND ADJUDGED** that the defendants
2  Defendant Ryan Tucker, Defendant Tyson Ryan, Sheriff Lee Baca, and the County
3  of Los Angeles recover of the Plaintiff their costs of action, taxed in the sum of
4  _____.

Dated: November 14, 2011

_____
**HONORABLE A. HOWARD MATZ**
**UNITED STATES DISTRICT JUDGE**